**DISMISS; and Opinion Filed March 24, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00695-CV

**YURIDIA RAMOS AND MARGARITA GALINDO, Appellants**
**V.**
**ALEXANDER MYERS HANSEN, Appellee**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-02047-2012**

## MEMORANDUM OPINION

Before Justices Bridges, O'Neill, and Brown
Opinion by Justice Brown

Appellants' brief in this case is overdue. By postcard dated September 12, 2013, we notified appellants the time for filing their brief had expired. We directed appellants to file both a brief and an extension motion within ten days. We cautioned appellants that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellants have not filed a brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

/Ada Brown/
ADA BROWN
JUSTICE

130695F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

YURIDIA RAMOS AND MARGARITA
GALINDO, Appellants

No. 05-13-00695-CV      V.

ALEXANDER MYERS HANSEN,
Appellee

On Appeal from the County Court at Law
No. 1, Collin County, Texas
Trial Court Cause No. 001-02047-2012.
Opinion delivered by Justice Brown.
Justices Bridges and O'Neill participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee ALEXANDER MYERS HANSEN recover his costs of this appeal from appellants YURIDIA RAMOS AND MARGARITA GALINDO.

Judgment entered this 24th day of March, 2014.

/Ada Brown/

ADA BROWN
JUSTICE